■ MOUNT CHESTNUT REALTY CORPORATION, Respondent, v BASSEM EL-HINDI et al., Appellants.—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Supreme Court, Onondaga County, Cunningham, J.—possession of real property—eviction.) Present—Dillon, P. J., Hancock, Jr., Denman, Green and Pine, JJ.